No. 5074.—González Martínez et al., apldos., *v.* Vega, aplte.—C. D. San Juan. Nov. 20, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vista la moción que antecede sobre desestimación de la presente apelación, así como la relación del caso y opinión del juez de distrito acompañada a la misma, de la cual no se desprende que la demanda enmendada mencionada en dicha relación del caso y opinión aduzca hechos suficientes para constituir una causa; no habiendo la parte promovente presentado copia certificada de dicha demanda enmendada a que se remite el juez de distrito para constancia de algunos de los hechos declarados probados; no habiendo presentado tampoco la parte promovente transcripción de evidencia alguna, por lo que no queda excluída la posibilidad de que el apelante pueda demostrar la existencia de un error manifiesto en la apreciación de la prueba; y no apareciendo, por los motivos expresados, que la apelación sea enteramente frívola, único fundamento de la moción sobre desestimación, no ha lugar a la desestimación solicitada.

No. 5080.—Cemeteries and Brisqueteries Reunies, aplda., *v.* Cummings, aplte.—C. D. Ponce. Nov. 20, 1929.

Desestimado el recurso a petición de la parte apelada, por abandono.